IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| FRED NEKOUEE, Individually, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:19cv864-MHT |
| APPLE OF NORTH ALABAMA, INC., an Alabama Corporation, | ) ) ) ) | |
| Defendant. | ) | |

ORDER

Based on the representations of the parties made on the record during the conference call on May 13, 2020, it is ORDERED that, by May 28, 2020, one of the following actions shall be taken: the parties shall inform the court that a settlement has been reached; the defendant shall file a motion to enforce the alleged settlement; or the defendant shall inform the court that it does not intend to file such a motion and that the parties will proceed with litigation of all claims in this case.

The parties shall forthwith contact United States Magistrate Judge Wallace Capel if they seek mediation.

DONE, this the 14th day of May, 2020.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**