**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE OF ALABAMA**
**NORTHERN DIVISION**

FRED NEKOUEE,
Individually,

      Plaintiff,

vs.                                  CASE NO.: 2:19cv-864-MHT

APPLE OF NORTH ALABAMA, INC.,
an Alabama Corporation.

      Defendant.
_____/

**STIPULATION FOR DISMISSAL WITH PREJUDICE, WITH COURT'S RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**

      Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement if necessary.

Respectfully Submitted,

| | |
|---|---|
| *s/ Brandon A. Rotbart* | *s/ Jenna M. Bedsole* |
| Brandon A. Rotbart, Esq. | Jenna M. Bedsole, Esq. |
| rotbart@rotbartlaw.com | jbedsole@bakerdonelson.com |
| Fuller, Fuller & Associates, P.A. | Baker, Donelson, Bearman, Caldwell |
| 12000 Biscayne Boulevard | & Berkowitz, PC |
| Suite 502 | 420 20th Street North, Suite 1400 |
| North Miami, FL 33181 | Birmingham, AL 35203 |
| Telephone: (305) 891-5199 | Telephone: (205) 328-0480 |
| Facsimile: (305) 893-9505 | Facsimile: (205) 322-8007 |
| *Attorneys for the Plaintiff* | *Attorneys for the Defendant* |
| Date: June 2, 2019 | Date: June 2, 2020 |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE OF ALABAMA
NORTHERN DIVISION

FRED NEKOUEE,
Individually,

      Plaintiff,

vs.                                             CASE NO.: 2:19cv864-MHT

APPLE OF NORTH ALABAMA, INC.,
an Alabama Corporation.

      Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the Stipulation for Dismissal with Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation for Dismissal with Prejudice filed herein by the Plaintiff and the Defendant, be and the same is hereby approved;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement if necessary; and

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at on this ____ day of _____, 2020.

                                            _____
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Attorneys of record