```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
        MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


FRED NEKOUEE,                  )
Individually,                  )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )        2:19cv864-MHT
                               )             (WO)
APPLE OF NORTH ALABAMA,        )
INC., an Alabama               )
Corporation,                   )
                               )
    Defendant.                 )
```

## JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 27), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice. The court retains jurisdiction of this cause solely for the purpose of enforcing the parties' settlement agreement, should it become necessary.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 2nd day of June, 2020.

                                        /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**